## STATE ex rel. JOSEPH GAGNON v. GEORGE BJORNSTAD and Others.[1]

May 8, 1914.

Nos. 18,571—(14).

**Appeal dismissed.**

Order for judgment not appealable.    [Reporter.]

Upon the relation of Joseph Gagnon the court commissioner of St. Louis county granted its alternative writ of mandamus, directing George Bjornstad, as clerk, and Ben Behnke and John Anderz, as trustees, of the village of Costin to call a special meeting of the village council of that village, for the purpose of considering a certain petition for a special election to vote upon the question of the dissolution of the village, or show cause before the district court for that county why they had not done so. The respondents answered separately. Petitioner's motion to dismiss the alternative writ on the ground that after the service of the writ the same was complied with was granted, Hughes, J. From an order awarding costs and disbursements to the petitioner and dismissing the writ, respondents appealed.    Appeal dismissed.

*Charles R. Woods,* for appellants.

*Arnold & Pickering,* for respondent.

PER CURIAM.

This proceeding, one in mandamus to compel the performance of certain official duties by respondents, was dismissed by the court upon the motion of relator, with costs against respondents. The respondents appealed from that order. It is not appealable, being a mere order for judgment, and the appeal must be and is dismissed.